1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8-13-CR-0165-RGK-20 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Anthony Marusic | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. Cal.__,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on __limited bail resources ;__

__instant allegations__

1 _____

2 _____

3 and/or

4 B.   ☒ The defendant has not met his/her burden of establishing by clear and

5 convincing evidence that he/she is not likely to pose a danger to the safety of any

6 other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7 finding is based on  ongoing drug use ; prior failed

8 supervision

9 _____

10 _____

11 _____

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED:  2/10/22

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE